IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Minnesota Life Insurance Company,
        Plaintiff,

v.                              Case No. 2:16-cv-149

Judy Rings, et al.,           Magistrate Judge Kemp

        Defendants.

ORDER

    Plaintiff has moved for leave to file under seal the Claim Files and a privilege log that have been bates-labeled as MLIC-D-RINGS-00001-00205 and MLIC-T-RINGS-00001-00336, citing the fact that these documents contain confidential personal and medical information.  The motion sets forth good cause and the motion (Doc. 24) is therefore granted.

                                          /s/ Terence P. Kemp
                                          United States Magistrate Judge